# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DONALD BEATTY, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVIS COUNTY, a political subdivision of the state of Utah; DANIEL L. YEAMAN, in his official and individual capacities,<br><br>　　　　　Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No.: 1:18-cv-00135<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Brooke C. Wells |

In accordance with the Stipulated Motion to Dismiss with Prejudice signed by all parties and for good cause appearing, it is hereby ORDERED that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are to bear their own costs and attorneys' fees.

DATED April 24, 2019.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Jill N. Parrish*

　　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　District of Utah